**Opinion issued January 28, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00966-CV

_____

## IN RE DIAMOND OFFSHORE DRILLING, INC. AND DIAMOND OFFSHORE DRILLING LTD., Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

This proceeding arises from a personal injury sustained by Bruce Masson, the real party in interest, alleged to have occurred during his employment on a drilling rig temporarily docked at a Malaysian port. Diamond Offshore Drilling, Inc. and Diamond Offshore Drilling, Ltd., the relators, seek mandamus relief from

the trial court's interlocutory order denying their motion to dismiss for forum non conveniens.[1]

We **deny** the petition for writ of mandamus. All pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.

---

[1] The Honorable Elizabeth Ray, Judge of the 165th District Court of Harris County is the respondent. The underlying case is *Bruce Masson v. Diamond Offshore Drilling, Inc. and Diamond Offshore Drilling, Ltd.*, No. 2012-21768, in the 165th District Court, Harris County, Texas.